Submitted on record and appellant's brief May 6, reversed May 23, 1977

STATE ex rel ROBINETT, *Respondent,*

*v.*

YOCK, *Appellant.*

(No. 36-901, CA 7135)

564 P2d 292

Franklyn N. Brown, Tigard, filed the brief for appellant.

James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and Kevin L. Mannix, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

## PER CURIAM.

The state concedes that *State v. Wells,* 27 Or App 537, 556 P2d 727 (1976), decided subsequent to the trial of the case at bar, requires reversal.

Reversed.